# UNITED STATES DISTRICT COURT
for the
Central District of California

Western Division



FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

CV17-07896-JAK (AS)

Case No. _____

(to be filled in by the Clerk's Office)

Witold Kowbel

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

University of Southern California, C.L. Max Nikias and Ainsley Carry

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Witold Kowbel |
   | Street Address | 6841 E. Flamenco Dr |
   | City and County | Tucson |
   | State and Zip Code | AZ 85710 |
   | Telephone Number | 520 405 6130 |
   | E-mail Address | witoldkowbel@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

012038

Defendant No. 1

| | |
|---|---|
| Name | University of Southern California |
| Job or Title *(if known)* | |
| Street Address | 620 Mc Carthy Way |
| City and County | Los Angeles |
| State and Zip Code | CA 90007 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | C.L. Max Nikias |
| Job or Title *(if known)* | USC President |
| Street Address | USC Presidential Residence |
| City and County | San Marino |
| State and Zip Code | CA 91108 |
| Telephone Number | 213 740 2111 |
| E-mail Address *(if known)* | president@usc.edu |

Defendant No. 3

| | |
|---|---|
| Name | Ainsley Carry |
| Job or Title *(if known)* | USC Vice President For Student Affairs |
| Street Address | 24856 Carbon LN |
| City and County | Valencia |
| State and Zip Code | CA 91354 |
| Telephone Number | 213 740 2421 |
| E-mail Address *(if known)* | acarry@usc.edu |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Witold Kowbel, is a citizen of the State of *(name)* Arizona.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* C.L. Max Nikias, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* University of Southern California, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$455,000 because the defendants breached the contract, engaged in both fraudulent and negligent conduct causing the plaintiff financial losses associated with Plantiff's son education at University Of Southern California and effectively preventing the plaintiff's son from graduating from USC, getting a job and supporting himself as well as greatly harming Plantiff's son causing potentially irreversible damages to his health.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

University of Southern California (USC)

B. What date and approximate time did the events giving rise to your claim(s) occur?

From October of 2016 till now

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Claim One. Breach of Contract against USC
Plantiff has paid directly or indirectly (co- signed his son student loan) for all the educational costs including tuition, fees, board, food, transportation, books, etc for his son, Daniel Kowbel from August, 2013 till May 2017 at USC. The Defendant was required to follow its publically STATED USC Policies, Rules and Regulations including making no FALSE statements in Official Communication, no deliberate misrepresentations, not taking unfair advantage of Plantiff's son and not harming Plantiff's son. The Defendant has in FACT made FALSE statements in Official Communication, committed deliberate misrepresentations, took unfair advantage and greatly harmed Plantiff's son, USC student Daniel Kowbel in conjunction with Daniel USC Fraudulent SJACS case. Plaintiff has fullfilled his obligation to USC by paying for all his son educational expenses at USC while the Defendant has BREACHED THE CONTRACT causing damages to the Plantiff and his son, who is a victim of UNDISPUTED Fraud by USC.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

.Plantiff's son Daniel Kowbel is suffering for some time from PTSD induced anxiety and depression. The trajectory of recovery is greatly influenced by the external factors which can have a very negative effect. The defendants Breach of Contract, FRAUD, Fraudulent Conduct and Negligance have already greatly affected Daniel Condition and his recovery in a very negative way. The Defendants ABSOLUTE refusal to END the continuing Fraudulent Conduct against Daniel will cause irreversible damages to Daniel mental health unless USC FRAUD against him ENDS. No future monetary compensation will ever repair such a damage which can not EVER be quantified or measured by any standards. The Defendans by their actions or lack of actions had shown absolutely no concern for Daniel health and the harm their FRAUD and FRAUDULENT Conduct has caused Daniel thus far. The Defendants had only demonsttrated their commitment to continue harming Daniel The irreversible damages to Daniel health will clearly cause irreversible damages to Plantiff's health as well.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Court Injunction is the only avenue available to the Plantiff to end his son endless mental and physical suffering caused by the Defendants Breach of Contract, Fraud, .Fraudulent Conduct and Negligance continuing until now and prevent irreparable damages to Daniel health. The Defandents actions have 100% proved that they will continue greatly harming Daniel leading to irreversable damages to his health unless the Court intervenes and puts a stop to USC FRAUD.
Thus, the sought Court injunction is to put a stop to USC Fraud in Daniel SJACS case causing continuing damage to Daniel mental health. In addition, Plantiff demands the Defendants to pay the Plantiff the $455,000 in damages plus interest and cost of court resulting from the Breach of Contract, Fraud, Fraudulent Conduct and Negligance Claims. If the Plantiff knew the Defendants would engage in such USC PROHIBITED ACTS greatly harmfull to his son, he would never have paid for his son education at USC, ask Daniel not to attend USC and prevented potentially irreperable damages to his son health inflicted by the Defendants misconducts including Fraud.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10/21/2017

Signature of Plaintiff     *[signature]*
Printed Name of Plaintiff     Witold Kowbel

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Kowbel VS USC Additional Pages

II. Basis for Jurisdiction

1. The Defendant Ainsley Carry is a citizen of the State of California.

III. Statement of Claims.

Claim Two. FRAUD and Fraudulent Conduct against USC

The Defendant USC was required not to commit any FRAUD and engage in a Fraudulent conduct against Plaintiff's son Daniel Kowbel, a USC Student. As the matter of undisputed FACT the Defendant USC has engaged in a Fraudulent conduct against Daniel by committing FRAUD at Five Stages of the Fraudulent SJACS case against him. The complaint filed with SJACS on October 27th against Daniel by his instructor Prof. Tenderich of USC contains fraudulent statements made with intent to deceive. During the SJACS interview on December 7th, 2016 SJACS Judicial Officer Barton has made Fraudulent Misrepresentations with intent to deceive. The Initial SJACS Decision sent to Daniel by SJACS on April 19th contains fraudulent statements and intentional concealment of material facts with intent to deceive. The Appeal filed by Daniel on May 3rd provided undisputed FACTS that the complaint and the initial decision are patently FALSE and based upon FRAUD. The Appeal Panel recommendation sent to Daniel on July 29th, by Malhotra, a lawyer in USC VP for Student Affairs Office contained a FRAUDULENT MISREPRESENTATION with intent to deceive. In addition, Malhotra committed fraudulent misrepresentation with intent to deceive by FALSILY claiming that USC Appeal Panel recommendation is FINAL AND BINDING. The continuing Fraudulent Conduct by USC between October 2016 and July 2017 has greatly damaged the Plaintiff and his son, USC student, for whom the Plaintiff has paid all the expenses and USC has accepted Plaintiff's payments. In return for his money paid to USC, the Plaintiff has received ONLY FRAUD and FRAUDULENT CONDUCT from USC which has greatly harmed his son. The continuing FRAUD proved that no honest mistakes took place just intentional efforts by USC to inflict the harm on Plantiff's son, a USC Student and USC on the whole, has utterly failed to stop the Fraudulent Conduct and serve justice in Daniel case.

Claim three. Negligence aganst USC, Nikias and Carry.

USC was required to follow its publically stated policies, rules and regulations. As stated above USC has utterly failed its obligation. Defendant Carry as the USC VP for Student Affairs is responsible for the miscarriage of Justice in Daniel SJACS case. On Dec. 10th, 2016 The Plaintiff did file an official complaint against Prof. Tenderich and SJACS with USC Vice Provost Grady. She has forwarded it to Carry. He acknowledged it in the email dated Dec. 15th, 2016 but has utterly failed to take any actions to address this very serious complaint based upon only available evidence on SJACS record, presented to Daniel by USC per his specific demand placed on SJACS on November 15th. Subsequently, Plaintiff has sent Carry numerous emails stating all the problems with SJACS but Carry has utterly failed his duty and obligation to address any of them. As USC VP for Student Affairs, under USC rules Carry was required to review

the Appeal Panel recommendation. If he only did his JOB as required by USC rules, he would find out that the APPEAL Recommendation is patently FALSE. He would THEN be required to reverse SJACS Fraudulent decision, effectively allowing Daniel to receive his diploma from USC and ending Daniel mental anguish caused by USC FRAUD. After Daniel passed on Plaintiff PATENTLY FALSE APPEAL PANEL recommendation, Plaintiff reached out directly to the Defendant Nikias, USC President, to SEEK JUSTICE at USC. Subsequently, Plaintiff was asked by USC Counsel James Ball to submit ALL the evidence supporting Fraudulent Conduct and other misconducts at USC in Daniel SJASC case. Plaintiff has acted in good FAITH and submitted virtually hundreds of pages of evidence to USC Counsel, James Ball. On August 24th Plaintiff submitted the Final evidence, which concluded with the following statement:

Time can not travel back. Daniel has no power to send a non- existing file.

That statement summarized USC FRAUD against Daniel, the best. But Despite Undisputed Evidence on USC FRAUD and other misconducts submitted to University Counsel, James Ball, Defendant Nikias has not ENDED the continuing Fraudulent USC conduct against Daniel which is continuing to cause Daniel ADDITIONAL grave injuries. Clearly as USC President, when presented with undisputed evidence on USC FRAUD and other misconducts, Defendant Nikias was required to end the Fraud against Daniel. As a matter of undisputed Fact Defendant Nikias has 100% failed his duty and obligation to a USC Student, Plaintiff's son Daniel Kowbel, to end his 100% unjustified and 100% unwarranted mental anguish caused by USC FRAUD and other misconducts. The negligence committed by Defendants USC, Nikias and Carry has greatly damaged and continues to damage the Plaintiff and his son.



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself [X])

WITOLD KOWBEL

**DEFENDANTS** (Check box if you are representing yourself [ ])

University of Southern California

**(b) County of Residence of First Listed Plaintiff:** PIMA
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

WITOLD KOWBEL  520-405-6130
6841 E. Flamenco, Tucson, AZ

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [ ] Yes [ ] No (Check "Yes" only if demanded in complaint.) N/A

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   [X] **MONEY DEMANDED IN COMPLAINT:** $ 1,455,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

N/A

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | **TORTS** | [ ] 510 Motions to Vacate Sentence | [ ] 835 Patent - Abbreviated New Drug Application |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | [ ] 530 General | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | [ ] 370 Other Fraud | [ ] 535 Death Penalty | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 151 Medicare Act | [ ] 310 Airplane | [ ] 371 Truth in Lending | **Other:** | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 315 Airplane Product Liability | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 320 Assault, Libel & Slander | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 160 Stockholders' Suits | [ ] 330 Fed. Employers' Liability | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | [X] 190 Other Contract | [ ] 340 Marine | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 195 Contract Product Liability | [ ] 345 Marine Product Liability | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 196 Franchise | [ ] 350 Motor Vehicle | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | **REAL PROPERTY** | [ ] 355 Motor Vehicle Product Liability | [ ] 440 Other Civil Rights | [ ] 690 Other | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 210 Land Condemnation | [ ] 360 Other Personal Injury | [ ] 441 Voting | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 220 Foreclosure | [ ] 362 Personal Injury-Med Malpractice | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | [ ] 230 Rent Lease & Ejectment | [ ] 365 Personal Injury-Product Liability | [ ] 443 Housing/Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| | | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV17-07896

CV-71 (05/17)  CIVIL COVER SHEET  Page 1 of 3

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☒ No<br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☒ No<br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☒ No<br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Western |

**QUESTION F: Northern Counties?**

| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☒ No |
|---|---|

CV-71 (05/17)          CIVIL COVER SHEET          Page 2 of 3

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_    DATE: 10/21/17

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |