UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WITOLD KOWBEL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, C.L. MAX NIKIAS and AINSLEY CARRY,<br><br>　　　　Defendants. | Case No. LA CV17-07896-JAK (AS)<br><br>**JUDGMENT**<br><br>**JS-6: Case Terminated** |

1     WHEREAS, on June 20, 2018, the motion of Defendants University of Southern California ("USC"), C.L. Max Nikias ("Nikias") and Ainsley Carry ("Carry") to dismiss Plaintiff Witold Kowbel's First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(6) was granted without prejudice;

    WHEREAS, on July 10, 2018, Plaintiff filed a Second Amended Complaint ("SAC"), which named only USC as a defendant;

    WHEREAS, on November 27, 2018, the motion of Defendant USC to dismiss the SAC pursuant to Fed. R. Civ. P. 12(b)(6) was granted with prejudice;

    WHEREAS, on August 5, 2019, Plaintiff's motion for reconsideration of the November 27, 2018 order was denied;

    WHEREAS, on August 7, 2019, Plaintiff filed a notice of appeal, which the Court later determined precluded the entry of judgment; and

    WHEREAS, on October 10, 2018, the Ninth Circuit remanded to this Court for the limited purposed of a considering Plaintiff's objections to the proposed judgment and entering final judgment;

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

(1)     Judgment is entered on the merits in favor of all Defendants and against Plaintiff;

(2)     Plaintiff shall take nothing from Defendants; and

(3)     Defendants shall recover their costs.

IT IS SO ORDERED.

Dated: October 15, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE